# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL L. WRIGHT, JR., | ) |
| Petitioner, | ) Case No. 1:12-cv-324-SJM-SPB |
| v. | ) |
| BOBBY MEEKS, | ) |
| Respondent. | ) |

## **MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on December 28, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on April 23, 2013 [10], recommends that the instant petition for writ of habeas corpus be dismissed as moot and the case closed. Petitioner was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at FCI-McKean, his last known address of record. To date, no objections to the Report and Recommendation have been filed by the Petitioner.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 13th day of May, 2013;

IT IS ORDERED that the instant Petition for Writ of Habeas Corpus shall be, and hereby is, DISMISSED as moot and the within case shall be marked "CLOSED."

The Report and Recommendation of Magistrate Judge Baxter, filed on April 23, 2013 [10], is adopted as the opinion of the Court.

                s/   <u>Sean J. McLaughlin</u>
                    SEAN J. McLAUGHLIN
                    Chief United States District Judge

cm:    All parties of record

       U.S. Magistrate Judge Susan Paradise Baxter